■ ROBERT LAVANANT et al., Respondents, v GARY PETERS, Appellant.—Order, Appellate Term of the Supreme Court, First Department, entered on January 23, 1986, unanimously affirmed, without costs and without disbursements. Enforcement of this order is permanently stayed upon the condition contained in the order of this court. No opinion. Concur—Murphy, P. J., Sullivan, Asch, Milonas and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN SANDS, Also Known as MARION SANDS, True Name RANDALL BOZMAN, Appellant.—Judgment, Supreme Court, New York County (Myriam Altman, J.), rendered on January 24, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Ross, Rosenberger, Ellerin and Wallach, JJ.

■ WILLIAM E. MURRAY, Appellant-Respondent, v CHASE MANHATTAN BANK, N. A., as Trustee of FRANCIS S. APPLEBY and Another, et al., Respondents, and A & E STORES, INC., et al., Respondents-Appellants, et al., Defendant.—Order, Supreme Court, New York County (Shirley Fingerhood, J.), entered on April 4, 1986, unanimously affirmed for the reasons stated by Shirley Fingerhood, J., without costs and without disbursements. Concur—Sandler, J. P., Ross, Rosenberger and Ellerin, JJ.

■ STATE OF NEW YORK, Respondent, v BEDMORE ASSOCIATES et al., Appellants.—Order, Supreme Court, New York County (Kenneth Shorter, J.), entered on or about December 4, 1986 and amended on or about December 23, 1986, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Sullivan, J. P., Asch, Milonas and Ellerin, JJ.